No. 44719.—Protests 836785–G(D), etc., of A. Hirschberger (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is wool hoods and similar merchandise to that involved in *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44720.—Protests 882245–G, etc., of A. Hirschberger (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is wool hoods and similar merchandise to that involved in *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44721.—Protests 918904–G, etc., of A. Hirschberger (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is wool hoods and similar merchandise to that involved in *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44722.—Protests 938898–G, etc., of American Straw Goods Co. et al. (New York).

Opinion by BROWN, J.   *It was stipulated that the merchandise is wool felt hoods* similar to those involved in *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

No. 44723.—Protest 25394–K of Analy Corporation (New York).

Opinion by BROWN, J.   No evidence was introduced in support of the claim made.   The protest was therefore overruled.

BEFORE THE SECOND DIVISION, NOVEMBER 12, 1940

No. 44724.—Protests 9947–K, etc., of Associated Merchandising Corp. et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.